Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBIE'S COSTUME COMPANY, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZENG WEI YI; HAIYAN ZHOU; XIAN SONG; GENMAO HUANG; HUANHUAN CHEN; TRUONG LE; SUN YA; GUO GENG LIN; GUANGZHOU CHANNEL INFLATABLE CO., LTD.; JUN WU WANG; TOM CHIU; JIAN HE HUANG; and JOHN DOES 1-14, currently unknown individuals and entities,<br><br>Defendants. | No. 2:18-cv-01532-RAJ<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO IDENTIFY JOHN DOE DEFENDANTS AND TO SERVE DEFENDANTS**<br><br>Note on Motion Calendar:<br>**January 25, 2019** |

THIS MATTER comes before the Court on Plaintiff Rubie's Costume Company's Motion for Extension of Time to Identify John Doe Defendants and to Serve Defendants. Having considered Rubie's Costume Company's Motion, the Court GRANTS that motion

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO IDENTIFY JOHN DOE DEFENDANTS AND TO SERVE DEFENDANTS
Page 1

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250

1  and EXTENDS the deadlines to identify the remaining John Doe Defendants and to effect
2  service under Fed. R. Civ. P. 4(m) to 90 days after the date of this Order.

4  DATED this 7th day of February, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO IDENTIFY JOHN DOE
DEFENDANTS AND TO SERVE DEFENDANTS
Page 2

Arête LAW GROUP
1218 THIRD AVENUE
SUITE 2100
SEATTLE WA 98101
(206) 428-3250